NORMAN L. SMITH [SBN 106344]
nsmith@swsslaw.com
EDWARD J. MCINTYRE [SBN 80402]
emcintyre@swsslaw.com
ALISON L. PIVONKA [SBN 156977]
apivonka@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for HANSEN BEVERAGE COMPANY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>N2G DISTRIBUTING, INC. , a California corporation,<br><br>Defendant. | CASE NO. 08-CV-1613 IEG (WMc)<br><br>**NOTICE OF PRIOR PROFESSIONAL RELATIONSHIP** |

TO ALL PARTIES:

Please be advised that the Honorable William McCurine, Jr., when he practiced law, was a partner at Solomon Ward Seidenwurm & Smith, LLP. Edward J. McIntyre, Norman L. Smith and Alison L. Pivonka are currently Solomon Ward Seidenwurm & Smith, LLP partners.

Judge McCurine was also a partner at Gray, Cary, Ames & Frye, later Gray, Cary, Ware & Friedenrich. Edward J. McIntyre was, during some of that period, a partner at Gray, Cary, Ames & Frye and Gray, Cary, Ware & Friedenrich. Mr. McIntyre withdrew from Gray, Cary, Ware & Friedenrich in June 1995, and became a partner at Solomon Ward Seidenwurm & Smith, LLP.

Mr. McIntyre makes this disclosure to all parties so that they may be fully advised.

DATED: September 4, 2008

Respectfully submitted,

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: * /s/ Edward J. McIntyre*

NORMAN L. SMITH
EDWARD J. MCINTYRE
ALISON L. PIVONKA
Attorneys for Hansen Beverage Company