# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -3 PM 4:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

HANSEN BEVERAGE COMPANY, a Delaware corporation

vs

N2G DISTRIBUTING, INC., a California corporation

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1613 IEG WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Norman L. Smith (SBN 106344)
Edward J. McIntyre (SBN 80402)
Alison L. Pivonka (SBN 156977)
Solomonm Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200, San Diego, CA 92101

Telephone: (619) 231-0303
Facsimile: (619) 231-4755

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

09-03-08
DATE

By J. JOCSON, Deputy Clerk