NORMAN L. SMITH [SBN 106344]
nsmith@swsslaw.com
EDWARD J. MCINTYRE [SBN 80402]
emcintyre@swsslaw.com
ALISON L. PIVONKA [SBN 156977]
apivonka@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

FILED
2008 SEP -3 PM 4:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

Attorneys for HANSEN BEVERAGE COMPANY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

HANSEN BEVERAGE COMPANY, a Delaware corporation,

Plaintiff,

v.

N2G DISTRIBUTING, INC. , a California corporation,

Defendant.

CASE NO. '08 CV 1613 IEG WMc

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

P:00440849:07565.164



CR

Pursuant to Local Rule 40.2, Hansen Beverage Company states that it is a wholly-owned subsidiary of Hansen Natural Corporation, a publicly traded company on the NASDAQ Stock Exchange.

Counsel is not aware of any publicly held corporation that owns ten percent or more of Hansen Natural Corporation's stock.

DATED: September 3, 2008

Respectfully submitted,

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: ______________________

NORMAN L. SMITH
EDWARD J. MCINTYRE
ALISON L. PIVONKA
Attorneys for Hansen Beverage Company