NORMAN L. SMITH [SBN 106344]
nsmith@swsslaw.com
EDWARD J. MCINTYRE [SBN 80402]
emcintyre@swsslaw.com
ALISON L. PIVONKA [SBN 156977]
apivonka@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

FILED
2008 SEP -3 PM 4:10
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

Attorneys for HANSEN BEVERAGE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HANSEN BEVERAGE COMPANY, a Delaware corporation,

Plaintiff,

v.

N2G DISTRIBUTING, INC., a California corporation,

Defendant.

CASE NO. '08 CV 1613 IEG WMc

NOTICE OF RELATED CASES

[Local Rule 40.1e]

P:00440844:07565.164



CR

PLEASE TAKE NOTICE that the following cases, pending in the United States District Court, Southern District of California, are related to this action: *Hansen Beverage Company v. Innovations Ventures, LLC dba Living Essentials*, Case No.08-CV-1166 IEG (POR) – (*"Living Essentials"*), *Hansen Beverage Company v. Vital Pharmaceuticals, Inc., aka VPX*, Case No. 08-CV-1545 WQH (BLM) (*"Vital Pharmaceuticals"*). The complaint in *Living Essentials*, was filed on July 1, 2008. The complaint was in *Vital Pharmaceuticals* was filed on August 21, 2008. Both contain some claims that overlap with this case, including claims for false advertising in violation of the Lanham Act, and California's Business and Professions Code sections 17200 and 17500. Hansen Beverage Company filed both cases, and both involve substantially the same questions of law. Hansen Beverage Company suggests that assignment of this matter and *Living Essentials* and *Vital Pharmaceuticals* to a single district judge is likely to effect a saving of judicial effort and other economies.

DATED: September 3, 2008

Respectfully submitted,

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: ______________________________
NORMAN L. SMITH
EDWARD J. MCINTYRE
ALISON L. PIVONKA
Attorneys for Hansen Beverage Company