UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HANSEN BEVERAGE COMPANY, A Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>N2G DISTRIBUTING, INC., a California corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08cv1613 IEG (WMc)<br><br>**ORDER RE: MAGISTRATE JUDGE RECUSAL** |

Magistrate Judge William McCurine, Jr. hereby recuses himself from the above-entitled action and requests that another Magistrate Judge be assigned.

Magistrate Judge Jan M. Adler (JMA) is assigned.

**IT IS SO ORDERED.**

DATED: September 4, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE IRMA E. GONZALEZ, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD